FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 NOV -4  AM 10: 02

LORETTA G. WHYTE
CLERK

-CORRECTED ORDER-

### UNITED STATES JUDICIAL PANEL
### on
### MULTIDISTRICT LITIGATION

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010                              MDL No. 2179

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-5)

On August 10, 2010, the Panel transferred 46 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___ F.Supp.2d ___ (J.P.M.L. 2010). Since that time, 133 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Carl J. Barbier.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Barbier.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of August 10, 2010, and, with the consent of that court, assigned to the Honorable Carl J. Barbier.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 04, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___Fee _____
___Process _____
_X_Dktd _____
___CtRmDep _____
___Doc. No. _____

IN RE: OIL SPILL BY THE OIL RIG
DEEWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010        MDL No. 2179

## SCHEDULE CTO-5 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | EDLA SEC.J/1 |
|---|---|---|---|---|

**ALABAMA MIDDLE**

| DIST | DIV. | C.A.NO. | CASE CAPTION | EDLA SEC.J/1 |
|---|---|---|---|---|
| ALM | 2 | 10-00690 | State of Alabama ex rel. Troy King, Attorney General v. BP, PLC et al | 10-4182 |
| ALM | 2 | 10-00691 | State of Alabama ex rel. Troy King, Attorney General v. Transocean, Ltd. et al | 10-4183 |
| ALM | 2 | 10-00756 | City of Greenville et al v. BP, PLC et al | 10-4185 |

**ALABAMA SOUTHERN**

| DIST | DIV. | C.A.NO. | CASE CAPTION | EDLA SEC.J/1 |
|---|---|---|---|---|
| ALS | 1 | 10-00421 | James E. Fisher, et al. v. BP, PLC, et al. | 10-4187 |
| ALS | 1 | 10-00422 | Obie F. Carlisle v. BP, PLC, et al. | 10-4188 |
| ALS | 1 | 10-00463 | Jones et al v. BP PLC et al | 10-4189 |
| ALS | 1 | 10-00468 | Worldwide Interiors, LLC v. BP, PLC, et al. | 10-4191 |
| ALS | 1 | 10-00469 | The Fish Market Restaurant, Inc., et al. v. BP, PLC, et al. | 10-4192 |
| ALS | 1 | 10-00471 | Hill v. BP, PLC et al | 10-4193 |
| ALS | 1 | 10-00472 | Monroe et al v. BP, PLC et al | 10-4194 |
| ALS | 1 | 10-00499 | Burt W. Newsome v. BP Exploration &Production, Inc. | 10-4199 |
| ALS | 1 | 10-00532 | Hudley v. BP, PLC et al | 10-4200 |

**DELAWARE**

| DIST | DIV. | C.A.NO. | CASE CAPTION | EDLA SEC.J/1 |
|---|---|---|---|---|
| ~~DE~~ | ~~1~~ | ~~10-00733~~ | ~~St. Joe Company v. Halliburton Energy Services Inc.~~ Opposed 11/3/10 | |
| ~~DE~~ | ~~1~~ | ~~10-00810~~ | ~~St Joe Company v. M-I LLC~~ Opposed 11/3/10 | |

**FLORIDA NORTHERN**

| DIST | DIV. | C.A.NO. | CASE CAPTION | EDLA SEC.J/1 |
|---|---|---|---|---|
| FLN | 3 | 10-00316 | John Petitjean v. BP, PLC, et al. | 10-4201 |
| FLN | 3 | 10-00317 | Anthony Ireland, et al. v. BP, PLC, et al. | 10-4202 |
| FLN | 3 | 10-00368 | HUDSON v. BP PLC et al | 10-4203 |
| FLN | 4 | 10-00331 | Mary Gifford Walton, et al. v. BP, PLC, et al. | 10-4204 |
| FLN | 4 | 10-00364 | Capt Ander, Inc. v. BP, PLC, et al. | 10-4205 |

| Court | | Case No. | Case Name | EDLA |
|---|---|---|---|---|
| FLN | 5 | 10-00254 | PATRONIS BROTHERS INC v. TRITON ASSET LEASING GMBH et al | 10-4206 |
| ~~FLN~~ | ~~5~~ | ~~10-00255~~ | ~~CITY OF PANAMA CITY BEACH FLORIDA v. TRITON ASSET LEASING GMBH et al~~   Opposed 11/3/10 | |

### FLORIDA SOUTHERN

| | | | | |
|---|---|---|---|---|
| FLS | 0 | 10-61180 | Tracy Acree Construction, Inc., et al. v. BP, p.l.c., et al. | 10-4207 |
| FLS | 1 | 10-23203 | Contender Boats, Inc. v. Anadarko Petroleum Corp. et al | 10-4208 |
| FLS | 1 | 10-23323 | Gulf Manufacturing Company v. BP, PLC et al | 10-4209 |

### INDIANA SOUTHERN

| | | | | |
|---|---|---|---|---|
| INS | 2 | 10-00221 | THOMPSON v. BP AMERICA, INC. | 10-4210 |

### LOUISIANA WESTERN

| | | | | |
|---|---|---|---|---|
| LAW | 6 | 10-01395 | Lavergne v. Transocean Ltd et al | 10-4211 |

### MISSISSIPPI SOUTHERN

| | | | | |
|---|---|---|---|---|
| MSS | 1 | 10-00391 | James Cooley v. BP, PLC, et al. | 10-4212 |
| MSS | 1 | 10-00432 | Trehern et al v. BP, plc et al | 10-4213 |

### TEXAS SOUTHERN

| | | | | |
|---|---|---|---|---|
| TXS | 1 | 10-00227 | Juan Esquivel, et al. v. BP Co. North America, Inc., et al. | 10-4214 |
| TXS | 1 | 10-00236 | Alpasito, Inc. ET AL v. BP Company North America, Inc. et al | 10-4216 |
| TXS | 1 | 10-00237 | Aguilar ET AL v. BP Company North America, Inc. et al | 10-4220 |
| ~~TXS~~ | ~~3~~ | ~~10-00290~~ | ~~Billy Coon, et al. v. BP Exploration &Production, Inc., et al.~~ Opposed 11/3/10 | |
| TXS | 3 | 10-00301 | Blue Dolphin Fishing, Inc. v. BP, PLC, et al. | 10-4221 |
| TXS | 3 | 10-00317 | Gregory John Guidon v. BP, PLC, et al. | 10-4222 |
| TXS | 3 | 10-00350 | Samuel Chernin, et al. v. BP Co. North America, Inc., et al. | 10-4223 |
| TXS | 3 | 10-00353 | Jack Arias, et al. v. BP Co. North America, Inc., et al. | 10-4224 |
| TXS | 3 | 10-00354 | Ecco Solutions dba Ecco Fish USA v. BP Co. North Amerca, Inc., et al. | 10-4225 |
| ~~TXS~~ | ~~3~~ | ~~10-00373~~ | ~~Seriale v. Transocean Offshore Deepwater Drilling, Inc. et al~~ Opposed 11/3/10 | |
| ~~TXS~~ | ~~4~~ | ~~10-01823~~ | ~~Certain Underwriters at Lloyd's, London v. BP plc et al~~ Opposed 11/3/10 | |
| ~~TXS~~ | ~~4~~ | ~~10-02009~~ | ~~Ranger Insurance Limited v. BP plc et al~~ Opposed 11/3/10 | |
| TXS | 4 | 10-02765 | Oleander Benton, et al. v. Transocean, Ltd., et al. | 10-4226 |
| TXS | 4 | 10-02766 | Shane Faulk v. Transocean, Ltd., et al. | 10-4227 |
| TXS | 4 | 10-02897 | Doanh Tran, et al. v. BP Exploration &Production, Inc., et al. | 10-4228 |

| | | | | |
|---|---|---|---|---|
| TXS | 4 | 10-02947 | Lance John v. Transocean, Ltd., et al. | 10-4229 |
| TXS | 4 | 10-03068 | Trinh Nguyen, et al. v. BP, PLC, et al. | 10-4230 |
| TXS | 4 | 10-03069 | Sang Tran, et al. v. BP Exploration &Production, Inc., et al. | 10-4231 |
| TXS | 4 | 10-03070 | Tam Tran, et al. v. BP Exploration &Production, Inc., et al. | 10-4232 |
| TXS | 4 | 10-03071 | Keit Ngo, et al. v. BP Exploration &Production, Inc., et al. | 10-4233 |
| TXS | 4 | 10-03072 | Nguyen, et al v. BP Exploration and Production, Inc. et al | 10-4234 |
| TXS | 4 | 10-03197 | Arispe, ET AL v. BP Exploration &Production, Inc. et al | 10-4235 |
| ~~TXS~~ | ~~4~~ | ~~10-03198~~ | ~~Trahan v. BP, PLC et al~~  Opposed 11/3/10 | |
| TXS | 4 | 10-03201 | Timmons Restaurant Partners, Ltd. et al v. BP Company North America, Inc. et al | 10-4237 |
| TXS | 4 | 10-03346 | Pham, ET AL v. BP Exploration and Production, Inc. et al | 10-4238 |

## TEXAS WESTERN

| | | | | |
|---|---|---|---|---|
| TXW | 5 | 10-00761 | State of Veracruz, Republic of Mexico v. BP, PLC | 10-4239 |
| TXW | 5 | 10-00762 | State of Tamaulipas, Republic of Mexico v. BP, PLC | 10-4240 |
| TXW | 5 | 10-00763 | State of Quintana Roo, Republic of Mexico v. BP, PLC | 10-4241 |
| TXW | 5 | 10-00780 | Groomer Seafood, Inc. v. BP Company North America, Inc. et al | 10-4242 |

## VIRGINIA EASTERN

| | | | | |
|---|---|---|---|---|
| VAE | 1 | 10-00767 | Kenn Hinton v. Halliburton Energy Services, Inc. | 10-4243 |